

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,274-02

### EX PARTE JEFFREY DON DAVIDSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR02932-HC-1 IN THE 6TH DISTRICT COURT
### FROM RED RIVER COUNTY

*Per curiam*.

## O P I N I O N

Applicant pleaded guilty to possession of a controlled substance and originally received deferred adjudication community supervision. He was later adjudicated guilty and sentenced to tewnty-four months' state jail imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. Based on the record, the trial court has found that trial counsel indicated that Applicant intended to appeal after adjudication, and presented a written notice of appeal to the district clerk in open court. However, that notice of appeal was not filed, and Applicant's appeal was dismissed for want of

jurisdiction.  The trial court concludes that Applicant was denied the right to appeal, not due to any ineffectiveness on the part of trial counsel, but rather due to a breakdown in the system.

Relief is granted.  *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).  Applicant may file an out-of-time appeal of his conviction in cause number CR02932 from the 6th District Court of Red River County.  Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent.  If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal.  Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:　　　　　August 23, 2023
Do not publish